in the trial court to grant the same. Woodward, Jenks, Hooker and Rich, JJ., concurred.

Sydney H. Palmer, as Receiver, etc., Appellant, v. Nassau Brewing Company, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Daniel S. Peters, Appellant, v. Philip Embury, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Wilber F. Price and Others, Doing Business under the Firm Name of Lyon-Taylor Company, Appellants, v. George R. Montfort and Others, Doing Business under the Firm Name of Walters & Montfort, Respondents. — Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. Thomas Abbett, Appellant.— We find no evidence in the record of criminal intent. The judgment of conviction is reversed and a new trial ordered. Hirschberg, P. J., Woodward, Jenks, Gaynor and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. Thomas F. Corbalis, Appellant. —Judgment of conviction affirmed. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Rich, JJ., concurred.

The People of the State of New York, Appellant, v. Mercantile Co-operative Bank, Respondent.— Final order settling accounts and order appointing referee affirmed, without costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

The People of the State of New York ex rel. Joseph L. Bien, Appellant, v. Martin W. Littleton, President of the Borough of Brooklyn, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Gaynor, Rich and Miller, JJ., concurred; Hooker, J., dissented, on the ground that the hearing given the relator was not such as is contemplated by the statute.*

The People of the State of New York ex rel. Inter-State Paving Company, Appellant, v. Herman A. Metz, as Comptroller of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

Clarence E. Reed, Respondent, v. The Bender-Martin Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

George R. Jones and George Aubinger, Respondents, v. The Long Island Railroad Company, Appellant.—Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward and Hooker, JJ., concurred; Jenks and Miller, JJ., dissented.

Gustav A. Kirchner, Respondent, v. John Loughlin, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Benjamin Lahy, as Administrator, etc., of Isabella Lahy, Deceased, Respondent, v. The Brooklyn Heights Railroad Company, Appellant. Case settled since argument. Appeal dismissed, without costs. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

Lancaster Sea Beach Improvement Company, Respondent, v. The City of New York, Appellant. — Interlocutory judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Francis Loehr, Appellant, v. Henry Reiners, Respondent.— Judgment modified by striking out the words " on the merits," and judgment as modified and order unanimously affirmed, without costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

John J. McCormack, Respondent, v. Ferdinand Langer, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.